

FILED
CLERK, U.S. DISTRICT COURT

05/15/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America PLAINTIFF(S)

v.

Maher Fakhoury

DEFENDANT(S).

CASE NUMBER

19MJ02048

DR-19-CR-01169(039-AM

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: _Indictment_
in the _Western_ District of _Texas_ on _May 8, 2019_
at _12:01_ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _4/1/15 to 5/8/19_
in violation of Title _21_ U.S.C., Section(s) _802(52)(A), 813, 841(a)(1) and (b)(1)(c)_
to wit: _Conspiracy to distribute CS causing death_ _and 846._

A warrant for defendant's arrest was issued by: _Hon. Victor Garcia, Magistrate Western District of Texas_

Bond of $ _N/A_ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _5/15/19_ , by

_____ , Deputy Clerk.

1202

_____
Signature of Agent

_Justin Giddings_
Print Name of Agent

_Drug Enforcement Administration_
Agency

_Special Agent_
Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT