# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. __19-2048M_____  CourtSmart __CS 05/21/19_____  Date: __05/21/2019__

Present: The Honorable __Karen L. Stevenson_____, U.S. Magistrate Judge

| __J. Munoz__ | __Lucy Jennings__ | __N/A__ |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

| USA v. Maher Fakhoury | Attorney Present for Defendant: Angel Navarro |
|---|---|
| ☑ Present ☑ Custody ☐ Bond ☐ Not present | ☑ Present ☑ CJA ☐ Retd ☐ DFPD ☐ Not present |

**I. PROCEEDINGS:**   ☑ **IDENTITY HEARING**  ☐ **REMOVAL HEARING**  ☐ **PRELIMINARY HEARING**
   ☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
   ☐ FURTHER PROCEEDINGS RE _____

☐ Process   ☐ received   ☐ not received
☐ Witness(es) CST   ☐ Exhibits Marked   ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant   ☐ to be the person   ☐ not to be the person charged in the   ☐ Indictment   ☐ Information   ☐ Complaint.
☐ Court finds   ☐ probable cause   ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☑ Defendant executed Waiver of Rights.   ☑ Process received.   ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to __Western__ District of __Texas__
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☐ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: _____ By: _____ .
   ☐ Final commitment and warrant of removal are ordered stayed until _____ .
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at   ☐ Los Angeles   ☐ Riverside   ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**
☐ Government's request for detention is: ☐ GRANTED   ☐ DENIED   ☐ WITHDRAWN   ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED**. See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____ ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR **CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST   ☐ Exhibits Marked   ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record. ☐ See Receipt for Release of Exhibits to Counsel.   ☐ Release Order Issued - Release No.: _____
☑ Court orders case continued to __05/23/2019__ at __3:00__ ☐ a.m. ☑ p.m. for __bail review__
   before Judge __Karen L. Stevenson__ in courtroom __580__ .
☐ Other: _____

   I. _____ : __07__
   II. _____ : _____
   Deputy Clerk Initials __JM__