Tarek Shawky (SB# 245312)
Shawky Law
871 E. Washington Bl. #205
Pasadena, CA 91104
Phone (323) 393-3301
Tshawky@ShawkyLaw.com

*Attorney for Maher Fakhoury*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>MAHER FAKHOURY,<br><br>Defendant. | Case No. CR-23-00247-SPG-3<br><br>**NOTICE AND MOTION TO JOIN IN CODEFENDANTS' SPEEDY TRIAL MOTIONS**<br><br>Hearing Date: December 13, 2023<br>Hearing Time:. 9:30 A.M.<br>Department: 5C |

**TO THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA AND THE CLERK OF THE COURT, PLEASE NOTE** that Mr. Maher Fakhoury, by and through counsel joins in his codefendants' motions to dismiss the indictment filed by:

1. Jocelyn Canazales, Dkt. 150;

2. Phay Van Kam, Dkt. 152;

3. Bassam Ghobryal, Dkt. 176;

4. Scott Michael Wiseman, Dkt. 180;

5. Steve Lee, Dkt. 181;

6. Vanessa Lara-Salas; Dkt. 182;

7. Susanna Lopez, Dkt.183;

8. Maha Fakhoury, Dkt. 185.

DATED: November 16, 2023         Respectfully submitted,

                                 /s/ *Tarek Shawky*

                                 Attorney for Defendant
                                 MAHER FAKHOURY