E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
HOLLY PAVLINSKI (Texas Bar No. 24110701)
Special Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (830) 212-3233
     Facsimile: (830) 703-2030
     E-mail:  holly.pavlinski@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-CR-247-SPG-(3) |
|---|---|
| Plaintiff, | |
| v. | UNOPPOSED *EX PARTE* APPLICATION TO APPEAR BY WAY OF VIDEO |
| MAHER FAKHOURY (3) | |
| Defendant. | [Proposed Order lodged by separate filing] |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Special Assistant United States Attorneys Holly Pavlinski and Katherine Gorski, hereby submit this *ex parte* application for the Government (assigned SAUSA and case agent) to appear by way of video for Maher Fakhoury's Motion for Modification of Conditions of Release presently set for June 5, 2024 at 10:00 a.m.

DATED: May 28, 2024        E. MARTIN ESTRADA
                           United States Attorney

```
                              MACK E. JENKINS
                              Assistant United States Attorney
                              Chief, Criminal Division


                               /s/ Holly Pavlinski
                              Holly Pavlinski
                              Special Assistant
                              United States Attorney


                               /s/ Katherine Gorski
                              Katherine Gorski
                              Special Assistant
                              United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA
```