DECLARATION OF HOLLY PAVLINSKI

I, Holly Pavlinski, declare as follows:

1. I am a Special Assistant United States Attorney ("SAUSA") in the United States Attorney's Office for the Central District of California. I am one of the SAUSA's assigned to represent the Government in United States v. Maher Fakhoury, 23-CR-247-SPG-3.

2. I live and work in Del Rio, Texas. Traveling to Los Angeles, California would cause delay in several of my current cases.

3. My colleague, Special Assistant States Attorney Katherine Gorski, also assigned to this case lives and works in Del Rio, Texas as well. Traveling to Los Angeles, California would cause delay in several of her current cases as well.

4. The case agent, Drug Enforcement Administration Task Force Officer James Andrzyczak lives and works in the Western District of Texas. Traveling to Los Angeles, California would cause delay in several of his current investigations.

5. Given the nature of the hearing, as well as demands of other cases, the Government (both the assigned SAUSA and case agent) is asking to appear by way of video for the hearing on the Motion to Modify Conditions of Release filed by Maher Fakhoury through defense counsel.

6. On or about May 28, 2024, SAUSA Holly Pavlinski conferred with defense counsel, Tarek Shawky, and he has no objection to the Government appearing by way of video.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Del Rio, Texas, on May 29, 2024.

_____
Holly Pavlinski