UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-CR-247-SPG-(3) |
|---|---|
| Plaintiff, | |
| v. | ORDER ON *EX PARTE* APPLICATION TO APPEAR BY WAY OF VIDEO |
| MAHER FAKHOURY (3) | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the government is permitted to appear by way of video on June 5, 2024, for Maher Fakhoury's Motion for Modification of Conditions of Release.

IT IS SO ORDERED.

May 31, 2024

DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Holly Pavlinski*
HOLLY PAVLINSKI
Special Assistant United States Attorney